IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO.: 4:11-CV-204-BR

| | | |
|---|---|---|
| **Law Enforcement Associates, Inc.** | ) | |
| | ) | |
| | ) | **ORDER REDESIGNATING CASE** |
| **vs.** | ) | |
| | ) | |
| **Taser International, Inc.** | ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above captioned case is redesignated as a Western Division case. The Honorable W. Earl Britt, Senior U.S. District Judge will continue to preside over this case. **All future pleadings should reflect the new case number of 5:11-CV-681-BR.**

Signed this the 28th day of November, 2011.

/s/ Dennis P. Iavarone
Clerk of Court